# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2730 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | Nos. 154 DB 2019 & 31 DB 2020 |
| | : | |
| v. | : | Attorney Registration No. 34574 |
| | : | |
| WILLIAM D. HOBSON, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 11th day of February, 2022, Respondent's request for oral argument and Petition for Review are **DENIED**. *See* Pa.R.D.E. 208(e)(4) (providing that an attorney has no right to oral argument in disciplinary matters unless the recommendation is for disbarment). Upon consideration of the Report and Recommendations of the Disciplinary Board, William D. Hobson is suspended from the Bar of this Commonwealth for a period of five years. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).